IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CRUZ LANIER GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-016 |
| | ) | |
| GEORGIA DEPARTMENT OF | ) | |
| CORRECTIONS, OFFICE OF | ) | |
| HEALTH SERVICES, and | ) | |
| AMERICANS WITH DISABILITIES | ) | |
| ACT COORDINATOR, Georgia | ) | |
| Department of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, an inmate at Johnson State Prison in Wrightsville, Georgia, has submitted to the Court for filing a complaint, brought pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's motion for an emergency preliminary injunction.  (Doc. no. 4.)

In his motion, Plaintiff states he is an inmate at JSP and a victim of "mental health negligence." (Id. at 1.)  Plaintiff requested a transfer to another level three mental health prison in Georgia.  (Id.)  In January 2019, while the mental health treatment team was at JSP, Plaintiff spoke with his mental health counselor, the mental health director, the mental health clinical director, and another counselor from the mental health department.  (Id.)  Plaintiff states he is a victim of "unconstitutional action of inmate grievance" because he is an openly gay, ex-gang member.  (Id. at 1-2.)  As a result, Plaintiff has "life threatening acts come his way" and he cannot walk around freely without the risk of staff or other inmates committing violent acts

against him.  (Id. at 2.)  Plaintiff cannot sleep well, has nightmares, wakes up in cold sweats, and jumps out of sleep every time a loud noise is made.  (Id.)  Plaintiff developed PTSD as a result.  (Id.)  Plaintiff states he is a victim of retaliation, which endangers his life and mental illness and will result in irreparable harm or death.  (Id.)

In his motion, Plaintiff does not indicate what relief he seeks.  Plaintiff only describes, in a conclusory manner, various perceived problems he has experienced while incarcerated at JSP and asks the Court to grant a preliminary injunction "into the above stated allegations."  (Id. at 2.)  Moreover, Plaintiff does not state who is responsible for the wrongs he has allegedly suffered, when they occurred, or how Defendants are specifically responsible.  Thus, there is no basis upon which Plaintiff is entitled to injunctive relief.  Accordingly, the Court **REPORTS** and **RECOMMENDS** Plaintiff's motion for an emergency preliminary injunction be **DENIED**.  (Doc. no. 4.)

SO REPORTED and RECOMMENDED this 8th day of February, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA