IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CRUZ LANIER GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-016 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS, OFFICE OF HEALTH SERVICES, and AMERICANS WITH DISABILITIES ACT COORDINATOR, Georgia Department of Corrections, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Plaintiff's February 5, 2019 motion for an emergency preliminary injunction. (Doc. no. 4.)

SO ORDERED this 6th day of March, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE