IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CRUZ LANIER GRAY, | ) |
| Plaintiff, | ) |
| v. | ) CV 319-016 |
| GEORGIA DEPARTMENT OF CORRECTIONS, OFFICE OF HEALTH SERVICES, and AMERICANS WITH DISABILITIES ACT COORDINATOR, Georgia Department of Corrections, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion for an emergency preliminary injunction, (doc. no. 10), **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 1st day of April, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE